United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| RooR International BV, et al. | § § | |
| v. | § § | Civil Action 4:18−cv−03828 |
| A1 Smoke Shop Inc., et al. | § § | |

## Notice of Referral

The following motion is referred to Magistrate Judge Dena Hanovice Palermo:

Motion for Extension of Time – #14

Date: November 19, 2019.

David J. Bradley, Clerk

By: A. Rivera, Deputy Clerk
Case Manager